## UNITED STATES MAGISTRATE COURT
## DISTRICT OF NEW JERSEY

22-1002

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate Case No. 9276999 (Class A) |
| v. | |
| SAFA AHADI | Offense on a Federal Reservation |

BEFORE the Honorable Matthew J. Skahill, a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Major Ronald Scott Adams**, Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **12th day of October 2021**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**SAFA AHADI** did commit:

Assault in violation of 18 U.S.C. § 113.

The name of the Complainant is **Major Ronald Scott Adams**.

_____
**RONALD SCOTT ADAMS, Maj, USAF**
Special Assistant United States Attorney

SWORN TO BEFORE ME, AND SUBSCRIBED ~~IN MY PRESENCE~~, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 5TH DAY OF JANUARY 2022.

Via Zoom as provided for in Rule 4.1

_____
**HONORABLE MATTHEW J. SKAHILL**
United States Magistrate Judge

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on OCT 12, 2021 while exercising my duties as a law enforcement officer in the Federal District of JBMDL

It was determined that Adahi, Safa was in a domestic violence Altercation with his wife Adahi, Fatima who claimed she was open handed slapped by Adahi, Safa.

The foregoing statement is based upon:

☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/12/2021    Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

G009