# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        Magistrate No. 22-1002

v.

SAFA AHADI

The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this **5th** day of **January**, 2021

ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

                                     /s/ Matthew J. Skahill
                                     HONORABLE MATTHEW J. SKAHILL
                                     UNITED STATES MAGISTRATE JUDGE